**Dwayne HILL, Appellant**

v.

**PENNSYLVANIA DEPT. OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Feb. 16, 2016.

Dwayne Hill, Bellefonte, pro se.

Suzanne Noelle Hueston, Raymond W. Dorian, Pennsylvania Department of Corrections, Mechanicsburg, for Department of Corrections.

### ORDER

PER CURIAM.

AND NOW, this 16th day of February, 2016, the order of the Commonwealth Court is AFFIRMED.

Justice EAKIN did not participate in the consideration or decision of this case.